IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LARRY DEAN CROW, | 3:13-cv-00757-ST |
| Plaintiff, | ORDER |
| v. | |
| BROOKS MOTOR CO., an Oregon corporation; and GARY BROOKS, | |
| Defendants. | |
| _____ | |
| GARY BROOKS, | |
| Counterclaimant, | |
| v. | |
| LARRY DEAN CROW, | |
| Counterclaim Defendant. | |

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#60) on November 10, 2014, in which she recommends this Court deny Defendants' Motion (#24) for Summary Judgment. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#60). Accordingly, the Court **DENIES** Defendant's Motion (#24) for Summary Judgment.

IT IS SO ORDERED.

DATED this 30th day of December, 2014.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER