William D. Brandt, OSB #720366
William D. Brandt, P.C.
880 Liberty Street NE, Suite 500
Salem, OR 97301
    Tel: 503-485-4168
    Fax: 503-364-6735
    Email: Bill@BrandtLawOffices.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LARRY DEAN CROW,<br><br>                                 Plaintiff,<br><br>vs.<br><br>BROOKS MOTOR COMPANY, INC. an Oregon Corporation, and GARY BROOKS, individually,<br><br>                              Defendants. | Case No. 3:13-cv-00757-ST<br><br>DEFENDANTS' MOTION TO CONTINUE TRIAL DATE |

MOTION TO CONTINUE TRIAL DATE

COMES NOW defendants, by and through their attorney, William D. Brandt, and respectfully move this court for an order continuing the trial date of February 9, 2016 until a date after June 1, 2016. In support of this motion, defendants rely upon the records and files herein and upon the Declaration of William D. Brandt filed herewith.

CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

I certify I have complied with L.R. 7.1 prior to filing this motion. Opposing counsel indicates that plaintiff has no objection to a continuance of the trial to a date, although plaintiff requests that

Page    1 - DEFENDANTS' MOTION TO CONTINUE TRIAL DATE

the trial be reset "as soon as possible after April 1, 2016."

DATED this 10th day of December, 2015.

      /s/ William D. Brandt
William D. Brandt, OSB #720366
Attorney for Defendants

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on:

D. Michael Dale  					Attorney for Plaintiff
Attorney at Law
PO Box 1032
Cornelius, OR 97113
     Fax: 503-357-8290
     Email: michaeldale@dmichaeldale.net

Banafsheh Violet Nazari				Attorney for Plaintiff
Attorney at Law
1526 NE Alberta Street, Suite 310
Portland, OR 97211
     Email: violet@nazarilaw.com

by the following indicated method or methods:

☐	by mailing a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney(s) and/or parties as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Salem, Oregon, on the date set forth below.

☐	by e-mailing a full, true, and correct copy thereof to the attorney(s) and/or parties as shown above, at the last known e-mail address of the person.

☐	by faxing a full, true, and correct copy thereof to the attorney(s) and/or parties as shown above, at the fax number(s) shown above, which is the last known fax number for the attorneys' office, on the date set forth below.  The receiving fax machine was operating at the time of service and the transmission was properly completed.  The confirmation report is available for inspection upon request.

X	by serving by electronic means through the court's CM/EFC system.

DATED this 10th of December, 2015.

						 /s/ William D. Brandt
						William D. Brandt, OSB #720366
						Attorney for Defendants

Page	3 - DEFENDANTS' MOTION TO CONTINUE TRIAL DATE